KAREN STOLZBERG, OSB #83092
kstolzberg@usa.net
11830 SW Kerr Parkway, #315
Lake Oswego, OR 97035
Telephone: (503) 251-0707
Fax: (503) 251-0708
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DAVID T. PARRISH | Civil No.: 3:17-cv-00836-MC |
| Plaintiff, | ORDER ON |
| vs. | AGREED MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |
| NANCY A. BERRYHILL, Acting COMMISSIONER, Social Security Administration, | |
| Defendant. | |

Pursuant to 42 U.S.C. 406 (b), reasonable attorney fees in the amount of **$10,307.00** are hereby awarded to plaintiff's attorney, Karen Stolzberg. Previously, this court awarded **$8,964.66** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d). When issuing the 406(b) check, therefore, the agency is directed to subtract that amount and send the balance of **$1342.34** to plaintiff's attorney:

Karen Stolzberg
11830 SW Kerr Parkway #315
Lake Oswego, OR 97035

Dated: 2/13/19

_____
Judge McShane