**KAREN STOLZBERG**, OSB #83092
kstolzberg@usa.net
PO Box 19699
Portland, Oregon 97280
Telephone:  (503) 251-0707
Fax:  (844) 895-7503
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DAVID T. PARRISH**<br>     Plaintiff,<br><br>     vs.<br><br>**ANDREW M. SAUL,**<br>**COMMISSIONER**,<br>Social Security Administration,<br><br>     Defendant. | Civil No.: 3:17-cv-00836-MC<br><br>**ORDER REGARDING**<br>**ATTORNEY FEES PURSUANT**<br>**TO 42 U.S.C. §406(b)** |

Pursuant to 42 U.S.C. 406(b), reasonable attorney fees in the amount of $12,185.90 is hereby awarded to plaintiff's attorney, Karen Stolzberg.  Previously, this court awarded Ms. Stolzberg $8964.66, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d), which was deducted out of a prior award for attorney fees under Sec. 406(b).

Therefore, the agency is directed to send to Ms. Stolzberg 406(b) fees in the amount of $12,185.90, less the appropriate processing charge, to plaintiff's attorney at:

PO Box 19699
Portland, OR 97280

/ / / / /

/ / / / /

/ / / / /

IT SO ORDERED.

Dated   July 10, 2020.

                                             *s/Michael J. McShane*
                                             MICHAEL J. McSHANE
                                             UNITED STATES DISTRICT JUDGE